## UNITED STATES DISTRICT COURT       EASTERN DISTRICT OF TEXAS

|                                    |     |                             |
|------------------------------------|-----|-----------------------------|
| JONATHAN LAMONT GRIMES,            | §   |                             |
|                                    | §   |                             |
| Petitioner,                        | §   |                             |
|                                    | §   |                             |
| *versus*                           | §   | CIVIL ACTION NO. 1:18-CV-92 |
|                                    | §   |                             |
| WARDEN, FCI BEAUMONT LOW,          | §   |                             |
|                                    | §   |                             |
| Respondent.                        | §   |                             |

### MEMORANDUM OPINION AND ORDER

Petitioner, Jonathan Lamont Grimes, an inmate confined at FCI Beaumont Low, proceeding *pro se*, filed what appeared to be a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the $5.00 filing fee required for writs of habeas corpus.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed as it relates to the conditions of his confinement. This dismissal is without prejudice to the right to re-file as a proper civil rights action pursuant to 42 U.S.C. § 1983.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**Signed this date**

**Apr 6, 2018**

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE